UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JOSE DIAZ MATA, et al.,<br>　　　　　　　　　　Defendants. | 22-cr-00548 (JLR)<br><br>**ORDER** |

JENNIFER ROCHON, United States District Judge:

  At the conference held on October 14, 2022, Defendants Jose Diaz Mata and Gerson Cisnero Camacho requested, without objection from the Government or the Pretrial Services Department, a modification of their bail conditions from home confinement to a curfew for purposes of employment. Accordingly, and as stated on the record, the Court grants this request. The bail conditions for Defendants **Jose Diaz Mata** and **Gerson Cisnero Camacho** shall be modified by removing the condition of home confinement and imposing a curfew, to be determined by the Pretrial Services Department. All other bail conditions remain in place.

Dated: October 14, 2022
    New York, New York

                     SO ORDERED.

                     _____
                     JENNIFER L. ROCHON
                     United States District Judge