UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE DIAZ MATA,
GERSON CISNERO CAMACHO, and
MANUEL ANTONIO BALBI AGRAMONTE,

Defendants.

22-cr-00548 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On January 19, 2023, Sabrina Shroff, counsel for Defendant Manuel Antonio Balbi

Agramonte, did not appear for a previously-scheduled status conference without prior notice to the

Court.  IT IS HEREBY ORDERED that Ms. Shroff shall appear before the Court on **January 23,**

**2023**, at 12:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse,

500 Pearl Street, New York, New York, 10007, to address this.

Dated: January 20, 2023
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge