UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JOSE DIAZ MATA,<br>GERSON CISNERO CAMACHO, and<br>MANUEL ANTONIO BALBI AGRAMONTE,<br>Defendants. | 22-cr-00548 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On January 19, 2023, the Court held a previously-scheduled status conference in this matter. At the time the conference was scheduled to start, the Court was informed by Sabrina Shroff, counsel for Defendant Manuel Antonio Balbi Agramonte, that she was unable to appear due to obligations in the Eastern District of New York.  Mr. Agramonte also did not appear.  Counsel for co-Defendant Gerson Cisnero Camacho offered to appear in Mr. Shroff's stead for Defendant Agramonte and represented that Defendant waived his appearance.  The Court proceeded with the status conference.

      IT IS HEREBY ORDERED that Defendant Agramonte shall advise the Court, in writing, through counsel Ms. Shroff, no later than **January 24, 2023**, whether he objects to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., until May 4, 2023 in order to provide time for Defendants to review the additional discovery being produced by the government, consider any motions, and discuss any potential resolution to the charges.

Dated:   January 20, 2023                          SO ORDERED.
           New York, New York

                                                                      *Jennifer Rochon*
                                                      JENNIFER L. ROCHON
                                                      United States District Judge