UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JOSE DIAZ MATA,<br>GERSON CISNERO CAMACHO, and<br>MANUEL ANTONIO BALBI AGRAMONTE,<br>                      Defendants. | 22-cr-00548 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

       Due to the Court's trial calendar, the upcoming status conference is adjourned from May 4, 2023 at 11 a.m. to **May 4, 2023 at 1 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:  April 24, 2023                                    SO ORDERED.
            New York, New York

                                                                 _Jennifer Rochon_
                                                                 JENNIFER L. ROCHON
                                                                 United States District Judge