UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JOSE DIAZ MATA,<br>GERSON CISNERO CAMACHO, and<br>MANUEL ANTONIO BALBI AGRAMONTE,<br>            Defendants. | 22-cr-00548 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As stated at the June 30, 2023 status conference, IT IS HEREBY ORDERED that a jury trial shall commence on Tuesday, **January 16, 2024** at **9:30 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that Defendants shall make any substantive motions no later than **October 12, 2023**, the Government shall respond no later than **October 26, 2023**, and Defendants shall file any reply no later than **November 9, 2023**. All submissions shall comply with the Court's Individual Rules and Local Rules.

IT IS FURTHER ORDERED that the parties shall comply with the following schedule for pre-trial submissions:

| | |
|---|---|
| **December 5, 2024:** | The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list.<br><br>In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules. |
| **December 12, 2023:** | Defendants shall file responses to the Government's motion(s) and their own motions *in limine*, if any. In |

addition, to the extent that Defendants intend to put on their own case-in-chief, they shall also file their exhibits lists and witness lists at this time.

**December 15, 2023:**   The Government shall file a response to Defendants' motion(s) *in limine*, if any.

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with the Court's Individual Rule 6 regarding criminal cases.

Finally, IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **January 9, 2024** at **11:00 a.m**. in the aforementioned courtroom.

Dated:   June 30, 2023
         New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge