# Oliver S. Storch

Attorney at Law
28th Floor
120 Broadway
New York, New York 10271
E-Mail: oliver.storch@verizon.net
www.oliverstorch.com

Member of N.Y. & Ct. Bars                                                                 Telephone: (212) 587-2383

August 17th, 2023

BY ECF
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Diaz Mata et al**
**Docket No.: 22-CR-00548-JLR**

Your Honor:

    Greetings.

    I represent Jose Diaz Mata in the above-captioned case. I write to request modification of Mr. Diaz Mata's conditions of release on bond.

    As noted by his USPTO Marlon Ovalles, Mr. Diaz Mata remains in full compliance with his conditions and has become steadily employed since he was released on bail.

    Mr. Diaz-Mata has voluntarily enrolled in and has continuously attended the Abraham House ATI program since his arrest and is in full compliance as documented to the Court and Government at every status conference.

    United Staes Pre-Trial Services Officer Ovalles informs that based on his sustained compliance, a modification of removal of the curfew enforced by location monitoring is appropriate.

    The Government by AUSA Matt Shahabian defers to pretrial.

    I thank the Court for its consideration.

Respectfully submitted,

/s/ *Oliver S. Storch, Esq*

Oliver S. Storch, Esq.

The request to modify the conditions of release is **GRANTED**. The curfew enforced by location monitoring is hereby removed as a condition of release for Defendant Jose Diaz Mata.

**SO ORDERED:**

_____
**United States District Court Judge**

Dated:  August 18, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
_____
**JENNIFER L. ROCHON**
**United States District Judge**