

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2023

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

      **Re:** *United States v. Jose Diaz Mata,* **22 Cr. 548 (JLR)**

Dear Judge Rochon:

      The Government respectfully writes to request a 30-day adjournment of its deadline to make expert disclosures to defense counsel. Counsel for Jose Diaz Mata, Gerson Cisnero Camacho, Manuel Antonio Balbi Agramonte, all consent to the adjournment. Pursuant to your Honor's Individual Rules of Practice for Criminal Case, the Government is required to make expert disclosures 60 days before trial, unless the Court orders otherwise. The Government and defense counsel for the defendants are engaged in discussions concerning a possible disposition short of trial, and the Government therefore requests that its deadline for expert disclosures be adjourned.

      Thank you for your consideration.

The Request is GRANTED.  The Government's
expert disclosures will be due 30 days before trial.

Dated: November 14, 2023
      New York, New York
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: _/s/_____
    Edward C. Robinson Jr.
    Brandon D. Harper
    Assistant United States Attorney
    (212) 637-2273

cc: Counsel (Via ECF)