UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE DIAZ MATA,
GERSON CISNERO CAMACHO, and
MANUEL ANTONIO BALBI AGRAMONTE,

                Defendants.

22-cr-00548 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On June 30, 2023, this Court issued an order (*See* ECF No. 32) inadvertently setting a December 5, 2024 deadline for the Government to file any motions *in limine*, Rule 404(b) notices, and its exhibit list and witness list. That order is hereby corrected to reflect the following schedule for pre-trial submissions:

| | |
|---|---|
| **December 5, 2023:** | The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list. |
| | In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules. |
| **December 12, 2023:** | Defendants shall file responses to the Government's motion(s) and their own motions *in limine*, if any. In addition, to the extent that Defendants intend to put on their own case-in-chief, they shall also file their exhibits lists and witness lists at this time. |
| **December 15, 2023:** | The Government shall file a response to Defendants' motion(s) *in limine*, if any. |

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with the Court's Individual Rule 6 regarding criminal cases.

It is further ORDERED that the jury trial shall commence on **Tuesday, January 16, 2024 at 9:30 a.m.** in Courtroom 20B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  The parties shall appear for a final pre-trial conference on **Tuesday, January 9, 2024 at 11:00 a.m**. in the aforementioned courtroom.

| | |
|---|---|
| Dated:   November 28, 2023<br>          New York, New York | SO ORDERED.<br><br>*Jennifer Rochon*<br>JENNIFER L. ROCHON<br>United States District Judge |