UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE DIAZ MATA,

Defendant.

23-cr-00548-JLR

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that the defendant is remanded to the custody of the United States Marshal.

Dated: January 8, 2024
New York, New York

SO ORDERED.

_Jennifer Rochon_

JENNIFER L. ROCHON
United States District Judge